DONALD MacCUISH, administrator, *vs.* VOLKSWAGENWERK A.G. & another.[1] June 10, 1987. *Warranty. Negligence*, Manufacturer of motor vehicle. *Motor Vehicle*, Defect. *Damages*, Wrongful death.

We granted the defendants' application for further appellate review, following an opinion of the Appeals Court which, with certain relatively minor adjustments (with which this court agrees), affirmed a judgment in favor of the plaintiffs. *MacCuish* v. *Volkswagenwerk, A.G.*, 22 Mass. App. Ct. 380 (1986).

Justice O'Connor has recused himself in this case. The judgment of the Superior Court is to be modified in accordance with the opinion of the Appeals Court, and, as so modified, is affirmed by an equally divided court.

*So ordered.*

*Lane McGovern (Jerome M. Leonard & James L. Sigel* with him) for the defendants.

*Michael J. Flynn (Thomas Hoffman* with him) for the plaintiff.

*Richard P. Campbell, Timothy Wilton, Charles K. Mone, William H. Crabtree & Edward P. Good*, for Product Liability Advisory Council, Inc., & another, amici curiae, submitted a brief.